UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
OTIS CLIFTON,

        Plaintiff,

- against -

OFFICE OF TEMPORARY DISABILITY OTDA,
NYS CITY STATE,

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
15-CV-6806 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge.

    A Memorandum and Order of the undersigned having been filed this day dismissing the complaint for failure to state a claim upon which relief may be granted and for failure to comply with Federal Rule of Civil Procedure 8.

    ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendant and the case is closed.

    The Clerk of Court is directed to mail a copy of this Judgment and the accompanying Memorandum and Order to the plaintiff *pro se*.

Dated: Brooklyn, New York
       February 4, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge